UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JORDAN ZITO,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>DEPARTMENT OF EMPLOYMENT TRAINING AND REHABILITATION, et al.,<br><br>　　　　　　　　　Defendants. | Case No. 3:24-cv-00244-ART-CSD<br><br>ORDER ADOPTING R&R<br><br>(ECF Nos. 1, 13) |

*Pro se* Plaintiff Jordan Zito sues the Nevada Department of Employment, Training, and Rehabilitation about receipt of funds related to the COVID-19 pandemic. Magistrate Judge Denney issued a Report and Recommendation (R&R) recommending dismisssal of Plaintiff's claims with prejudice following Plaintiff's submission of an intent not to amend. (ECF Nos. 12, 13.) Plaintiff objected to the R&R based on the involvement of a Magistrate Judge in making a recommendation to the Court. (ECF No. 15.) The Court adopts the R&R in whole, dismisses Plaintiff's claims with prejudice, instructs the Clerk to enter judgment in favor of Defendants and close the case.

A District Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by [a] magistrate judge." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the court is required to "make a *de novo* determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1).

The Court denies Plaintiff's objection because the Magistrate Judge had authority to issue a report and recommendation regarding Plaintiff's case. When a district judge refers a matter to a magistrate judge in the District of Nevada, the

Magistrate Judge must review it and file findings and recommendations for disposition by the district judge. 28 U.S.C. § 636(b)(1)(B); L.R. IB 1-4. The Magistrate Judge in this case issued findings and recommendations.

Plaintiff did not otherwise object to Judge Denney's analysis in the R&R. The Court is not required to "review . . . any issue that is not the subject of an objection" to an R&R. *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Accordingly, the Court:

Adopts the report and recommendation in full,

Dismisses Plaintiff's complaint with prejudice,

Dismisses all pending requests by Plaintiff as moot (ECF Nos. 4, 5, 11),

And instructs the Clerk to enter judgment in favor of Defendants and close the case.

DATED THIS 29th day of October 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE