AO450 (NVD Rev. 7/31/24)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

JORDAN ZITO,

    Plaintiff,

v.

DEPARTMENT OF EMPLOYMENT TRAINING AND REHABILITATION, et al

    Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 3:24-cv-00244-ART-CSD

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that the Court adopts the report and recommendation in full, dismisses Plaintiff's complaint with prejudice, and dismisses all pending requests by Plaintiff as moot (ECF Nos. 4, 5, 11). Judgment is hereby entered in favor of Defendants and this case is closed.

10/29/2024  
Date

DEBRA K. KEMPI  
Clerk

/s/ DLS  
Deputy Clerk