UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JORDAN ZITO,<br><br>                    Plaintiff,<br>v.<br><br>DEPARTMENT OF EMPLOYMENT TRAINING AND REHABILITATION, et al.,<br><br>                    Defendants. | Case No. 3:24-cv-00244-ART-CSD<br><br>ORDER DENYING APPEAL AS FRIVOLOUS<br>(ECF No. 21) |

This matter is referred to the Court for the limited purpose of determining whether *in forma pauperis* status should continue on appeal. (ECF No. 21.) This Court certifies that any *in forma pauperis* appeal from its order of dismissal (ECF No. 17) would be frivolous or would not be taken "in good faith" pursuant to 28 U.S.C. § 1915(a)(3). Plaintiff's *in forma pauperis* status should be revoked on appeal. *See Hooker v. American Airlines,* 302 F.3d 1091, 1092 (9th Cir. 2002) (revocation of forma pauperis status is appropriate where district court finds the appeal to be frivolous).

DATED THIS 9th day of July 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE